IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. **1:18- cv-01918-PAB-GPG**

**EDWARD L. MULCAHY JR.,**

Plaintiff

v.

**ASPEN/PITKIN COUNTY HOUSING AUTHORITY, a multi-jurisdiction housing authority,**

Defendant

---

**DEFENDANT APCHA'S MOTION TO SUPPLEMENT THE RECORD
RE: [15] MOTION TO DISMISS**

---

Defendant Aspen/Pitkin County Housing Authority ("APCHA") through its attorney, hereby moves the Court to supplement the record before the Court in this action with:

(a) Notice dated January 7, 2019, from the U.S, Supreme Court that Plaintiff Mulcahy's petition for writ of certiorari in Case No. 18-513 was denied (Exhibit A); and

(b). Pitkin County District Court Order: Proposed Order to Vacate Stay of Judgment, dated March 6, 2019 (Exhibit B).

1

THE UNDERSIGNED HS CONFERED WITH OPPOSING COUNSEL REGARDING THIS MOTION BY THE EXCHANGE OF EMAILS. COUNSEL FOR PLAINTIFF MULCAHY IS OPPOSED TO THS MOTION.

As grounds for this motion APCHA states as follows:

1. APCHA's Motion to Dismiss First Amended Complaint [15], filed September 21, 2018, is pending before the Court. That motion incorporated APCHA's earlier Motion to Dismiss [11], wherein APCHA advised the Court that Plaintiff Mulcahy had requested an extension of time to file a petition for writ of certiorari to the U.S. Supreme Court to challenge the actions of the Colorado state courts in entering judgment against him, which APCHA has contended finally resolved all matters relating to the present action in this Court. Since the time that briefing on APCHA's motion to dismiss was completed, Plaintiff Mulcahy filed his petition with the U.S. Supreme Court, and that petition was denied. APCHA contends that the Court should be fully informed as to the completion of that appellate process since the briefs were filed, and Exhibit A is evidence of that.

2. Also since the completion of the briefing on the pending motion to dismiss, Plaintiff Mulcahy (Defendant Mulcahy in the state court action) filed a CRCP Rule 60(b) motion to vacate the judgment with the Pitkin County District Court, raising some of the same issues as those raised in the present action in this Court. By order dated March 6, 2019, the Pitkin County District Court denied that motion, and a copy of the order is attached as Exhibit B. In view of the relationship between the present action and the disposition of *Aspen Pitkin County Housing Authority v. Edward L. Mulcahy, Jr.*, Case No. 2015CV30150, in the Colorado state courts, as

demonstrated by the Plaintiff's Amended Complaint, APCHA's Motion to Dismiss, and the briefs of the parties, APCHA contends that this Court should be fully informed as to the actions of the Pitkin County District Court on the merits in that case.

WHEREFORE, Defendant Aspen/Pitkin County Housing Authority moves the Court to supplement the record in this action with Exhibits A and B attached hereto.

Dated: April 5, 2019

s/ Thomas Fenton Smith
*Thomas Fenton Smith*
*P.O. Box 3380*
*Basalt, CO  81621*
*Tel: 970.718.2044 – tom@tfsmithlaw.com*
*Attorney for Defendant, Aspen/Pitkin*
*County Housing Authority*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2019, I electronically filed the foregoing **DEFENDANT APCHA'S MOTION TO SUPPLEMENT THE RECORD and PROPOSED ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

jdporter@porterlaw.com

s/ Thomas Fenton Smith